1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

   Plaintiff,

   v.

WILLIAM H. ALSUP, et al.,

   Defendants.

Case No.  21-cv-05348-CRB

**ORDER DENYING MOTION TO VACATE**

Plaintiff Tatyana Drevaleva sued the court and Judge Alsup, who presided over her case against her former employer.  See Drevaleva v. U.S. Dep't of Veterans Affs., No. 3:18-cv-03748-JCS.  The Court granted Drevaleva's motion to proceed in forma pauperis. See Report and Recommendation (dkt. 7) at 1.  Magistrate Judge Beeler issued a report and recommendation concluding that the suit was barred by judicial immunity.  Id. at 1–2. Drevaleva filed objections to the report and recommendation.  See Supp. Br. (dkt. 11); Opposition (dkt. 13); Supp. Br. (dkt. 14).  The undersigned Judge adopted Magistrate Judge Beeler's report and recommendation as well-reasoned, thorough, and correct.  See Order (dkt. 15).  The Court also denied Drevaleva's motion under 28 U.S.C. § 1404 to transfer the case.  See id.  It then entered judgment for defendants.  See Judgment (dkt. 16).

Drevaleva now moves to vacate the judgment under Federal Rule of Civil Procedure 60 and again insists that the Court should transfer the case to the U.S. District Court for the District of New Mexico under 28 U.S.C. § 1404(a).  See Dkt. 17.  But Drevaleva meets none of the standards for vacating under Rule 60.  Indeed, she admits that her allegations are "not supported by any piece of evidence."  Id. at 5.  The motion to vacate the judgment is therefore DENIED.  Because there is no case to transfer, her

arguments as to transfer are moot.

**IT IS SO ORDERED.**

Dated: October 21, 2021

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2