IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA,<br><br>   Plaintiff,<br><br>   v.<br><br>WILLIAM H. ALSUP, et al.,<br><br>   Defendants. | Case No. 21-cv-05348-CRB<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS ON APPEAL** |

The Ninth Circuit has referred this case back to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous. See Referral Notice (dkt. 23). As noted in this Court's prior orders, the lawsuit is barred by the doctrine of judicial immunity. See Order Adopting R&R (dkt. 15); R&R (dkt. 7); Burton v. Infinity Cap. Mgmt., 862 F.3d 740, 747 (9th Cir. 2017). Plaintiff Tatyana Drevaleva has herself admitted that her allegations are "not supported by any piece of evidence." Mot. to Vacate (dkt. 17) at 5. The Court sees no basis for Drevaleva's suit and concludes that the appeal is frivolous. See 28 U.S.C. § 1915(a)(3). Accordingly, in response to the Referral Notice, the Court hereby REVOKES Drevaleva's in forma pauperis status on appeal.

**IT IS SO ORDERED.**

Dated: January 4, 2022



CHARLES R. BREYER
United States District Judge